**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KRISTOPHER DREYER, | No. CV 22-1254 PA (KKx) |
|---|---|
| Plaintiff, | JUDGMENT |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |
| AND RELATED COUNTERCLAIM | |

Pursuant to the Court's June 26, 2023 Minute Order granting, in part, defendant United States of America's (the "United States") Motion for Summary Judgment, and the Court's December 18, 2023 Findings of Fact and Conclusions of Law,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED:

1. Judgment is entered in favor of the United States and against plaintiff Kristopher Dreyer ("Plaintiff") on Plaintiff's Complaint for Refund of Overpaid Federal Taxes;

2. Judgment is entered in favor of the United States and against Plaintiff on the United States' Counterclaim to Reduce Trust-Fund Penalties to Judgment;

3. Judgment is entered in favor of the United States and against Plaintiff in the amount of $187,900.12, plus interest and statutory additions as provided by law; and

1         4.     The United States shall have its costs of suit.

3   DATED: December 18, 2023

                                                    Percy Anderson
                                     UNITED STATES DISTRICT JUDGE