*WHEN RECORDED MAIL TO:*

MELISSA BRIGGS (Cal. Bar No. 320697)
NITHYA SENRA (Cal. Bar. No. 291803)
United States Attorney's Office
Assistant United States Attorneys, Suite 7211
300 North Los Angeles Street
Los Angeles, California 90012

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

Kristopher Dreyer

PLAINTIFF(S),
v.

United States of America

DEFENDANT(S).

CASE NUMBER:

CV No. CV 22-1254 PA (KKx)

**ABSTRACT OF JUDGMENT/ORDER**

I certify that in the above-entitled action and Court, Judgment/Order was entered on December 18, 2023 in favor of the United States of America whose address is c/o United States Attorney's Office 300 N Los Angeles St Suite 7211, Los Angeles CA 90012 and against Kristopher Dreyer whose last known address is 17130 Van Buren Blvd Apt 165 Riverside CA 92504 for $187,900.12    Principal, $0    Interest, $3,779.60    Costs, and $0    Attorney Fees.

ATTESTED this 24th day of January, 2024.
Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number; 5257 (last 4 digits) ☐ Unknown.
☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends

Judgment debtor's attorney's name and address and/or address at which summons was served:

Michael E. Shaff, Esq.

19980 MacArthur Boulevard, Suite 1070

Irvine, California 92612

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk

1257
**MEGAN ZARI**

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*

G-18 (03/12)    ABSTRACT OF JUDGMENT/ORDER